UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PERRY LOUIS CAUSEY                                                                           PLAINTIFF

VERSUS                                                           CIVIL ACTION NO. 1:08CV155-RHW

SHERIFF DAVID ALLISON                                                                    DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant is DISMISSED with prejudice.

SO ORDERED, this the 8th day of September, 2008.

S/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE